IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD VINCENT RAY, III,

      Plaintiff,

 vs.

SGT. DONALD OWYANG, et al.,

      Defendants.
                                        /

No. C 13-01986 YGR (PR)

**JUDGMENT**

    For the reasons set forth in this Court's Order of Dismissal,

    IT IS ORDERED AND ADJUDGED

    That Plaintiff take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

DATED:  January 27, 2014

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\CR.13\RayIII1986.jud.frm